IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **EDGAR RAY BETTIS,** | ) |
| Petitioner, | ) |
| v. | ) Case No. 3:19-cv-00164 |
| | ) Judge Trauger |
| **SHAWN PHILLIPS, Warden,** | ) |
| Respondent. | ) |

## ORDER

State prisoner Edgar Ray Bettis filed a pro se petition for the writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1), challenging his 2012 murder conviction and life sentence. The respondent filed an answer to the petition (Doc. No. 11) and the state court record (Doc. No. 10).

Based on these filings, and for the reasons given in the memorandum accompanying this order, the petition for writ of habeas corpus (Doc. No. 1) is **DENIED** and this action is **DISMISSED**.

Because reasonable jurists could not debate whether the petitioner's claims should have been resolved differently or deserve encouragement to proceed further, the court **DENIES** a certificate of appealability. However, the petitioner may seek a certificate of appealability directly from the Sixth Circuit Court of Appeals. Rule 11(a), Rules Gov'g § 2254 Cases.

This is the final order in this action. The Clerk **SHALL** enter judgment. Fed. R. Civ. P. 58(b)(1).

It is so **ORDERED**.

_____
Aleta A. Trauger
United States District Judge